# Court of Appeals
# of the State of Georgia

ATLANTA, December 15, 2014

*The Court of Appeals hereby passes the following order*

**A15D0150. BURKE TESFAYE v. THE STATE .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

Y24507



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, December 15, 2014.*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*